B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Blazevich, Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0727** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**29645 N. Oak Spring Lane**<br>**Libertyville, IL**<br>ZIP Code **60048** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Blazevich, Michael** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Blazevich, Michael**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Blazevich**
Signature of Debtor  **Michael Blazevich**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 18, 2012**
Date

### Signature of Attorney*

**X** **/s/ Julia Jensen Smolka**
Signature of Attorney for Debtor(s)

**Julia Jensen Smolka 6272466**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**



Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**June 18, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Blazevich**

Debtor(s)

Case No.

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Michael Blazevich**
**Michael Blazevich**

Date: **June 18, 2012**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                                                                            Best Case Bankruptcy

Bank Atlantic  
1750 E. Sunrise Boulevard  2nd Fl  
Fort Lauderdale, FL 33304

Betty Spiller  
Sue C. Johnson  
912 Monroe Avenue  
Winthrop Harbor, IL 60096

Bill McCarthy  
1108 Wakefield  
Springfield, IL 62704

Capital Land Development LLC  
14000 Rockland Road  
Libertyville, IL 60048

Carol & Susan Luebchow  
820 Riedy Road  
Lisle, IL 60532

Chase Bank USA  
800 Brooksedge Boulevard  
Westerville, OH 43081

Cheryl Kneubuehl  
11447 2nd Street  #6  
Roscoe, IL 61073

Colliers International  
Lawson Montgomery  
1 Independent Drive #2401  
Jacksonville, FL 32202

Daniel & Mary Bojan  
2018 Stone Drive  
McHenry, IL 60051

Dave Delach  
1309 Lake Shore Drive  
Barrington, IL 60010

David W. Jaberg Trust  
474 Vernon Avenue  
Glencoe, IL 60022

```
DiMonte & Lizak LLC
216 W. Higgins Road
Park Ridge, IL 60068


Edwin L. Frederick
815 Ellen Way
Libertyville, IL 60048


Edwin L. Frederick III
2866 Quail Haven Circle
Salt Lake City, UT 84106


Estate of Frank Blazevich
The Frank Blazevich Trust
14000 Rockland Road
Libertyville, IL 60048


Estate of John Freidman
2818 W. Lincoln Road
McHenry, IL 60051


First Midwest Bank
300 N.Hunt Club Road
Gurnee, IL 60031


Florida Property Investors LLC
140 S. Clay Street
Hinsdale, IL 60521


Frank Blazevich



Frank Blazevich



Frank Blazevich Trust
14000 Rockland Road
Libertyville, IL 60048


Frank Blezevich Trust
14000 Rockland Road
Libertyville, IL 60048
```

Frederic Leiner & Janis Reh
2626 N. Lakeview Avenue  #2402
Chicago, IL 60614


Frederic Leiner IRA Trust
2626 N. Lakeview Avenue  #2402
Chicago, IL 60614


Gacy Lake Development LLC
1525 S. Forest Road  #200
Freeport, IL 61032


Geske & Sons
400 E. Terra Cotta Avenue
Crystal Lake, IL 60014


Harley Davidson Credit Corp
1801 Alma Drive  #300
Plano, TX 75075


Harley Davidson Motor Co.
37000 W. Juneau Avenue
Milwaukee, WI 53208


Harrison Held LLP
Peter Economos
333 W. Wacker Drive
Chicago, IL 60606


Illinois Department of Revenue
101 W. Jefferson Street
Springfield, IL 62702


J. Clayton Hamlin Trust
1555 Main Street
Antioch, IL 60002


James C. Hamlin Trust
1555 Main Street
Antioch, IL 60002


James D. Frederick
15366 Ellen Way
Libertyville, IL 60048

James Pearce  
12297 Hidden Hills Drive  
Jacksonville FL  

James S. Louthen  
50 Forest Avenue  #G  
Riverside, IL 60546  

James Vaccaro & Ashley Arnold  
663 S. Prospect Street  
Elmhurst, IL 60126  

James Vaccaro & Ashley Arnold  
663 S. Prospect Street  
Elmhurst, IL 60126  

John & RoseMarie Morgan  
658 Fern Court  
Elmhurst, IL 60126  

John W. Fritsch Trust  
5571 Fairmont Road  
Libertyville, IL 60048  

Lake Motors LLC  
14000 Rockland Road  
Libertyville, IL 60048  

Leech Bridges Inc.  
Jim Leech  
1717 Lewis Avenue  
Zion, IL 60099  

Libertyville Bank  
Nicholas Begley  
507 N. Milwaukee Avenue  
Libertyville, IL 60048  

Libertyville Bank  
507 N. Milwaukee Avenue  
Libertyville, IL 60048  

Linda Blazevich  
29645 North Oakspring Lane  
Libertyville, IL 60048

Linda Blazevich
29645 North Oakspring Lane
Libertyville, IL 60048


Louise C. Pauly
88 W. Schiller #1180
Chicago, IL 60610


Maki Construction
John Maki
460 N. Main Street
Antioch, IL 60002


Margaret Wisniewski Trust
329 S. Chester
Libertyville, IL 60048


Margaret Wisniewski Trust
329 S. Chester Avenue
Park Ridge, IL 60068


Mary Blazevich
480 Red Fox Lane
Lake Forest, IL 60045


Michael Floodstrand
728 S. Grant Street
Hinsdale, IL 60521


Michael J. Romano
644 Dalewood Lane
Hinsdale, IL 60521


Mike Blazevich Trust
14000 Rockland Road
Libertyville, IL 60048


Mike Blazevich Trust
14000 Rockland Road
Libertyville, IL 60048


Mike Prost
195 S. Evergreen
Arlington Heights, IL 60004

Mike Shamrock
2048 Valley Lo Lane
Glenview, IL 60025


Modern Homes Inc.
Guy Locmaugh
850 E. Grand Avenue  #1A
Lake Villa, IL 60046


Morel-K1 LLC
516 N. Clay Street
Hinsdale, IL 60521


Morris Marina Investors LLC
22316 Brookside Way
Barrington, IL 60010


Nicholas T. Leftakes
6633 N. Tower Circle
Lincolnwood, IL 60712


NorStates Bank
1601 N. Lewis Ave.
Waukegan, IL 60085


Palm Coast Plantation Homeowners
May Management Services
5455 Highway A1A South
Saint Augustine, FL 32080


Parcae, LLC
333 N. Canal Street  #2506
Chicago, IL 60606


Payne & Dolan Inc.
P.O. Box 781
Waukesha, WI 53187-0781


Pearson Brown & Associates
1850 W. Winchester Road  #205
Libertyville, IL 60048

```
PNC Bank
Box 1820
Customer Service BG-YM07-01-7
Dayton, OH 45401-1820


Rebecca Ware
480 Red Fox Lane
Lake Forest, IL 60045


Richard J. Frederick
636 Innsbruck Court
Libertyville, IL 60048


Rick Delisle
22316 Brookside Way
Barrington, IL 60010


Robert F. Carey Trust
1224 Maple Avenue
Evanston, IL 60202


Robert M. & Barbara B. MacLaverty
205 Oxford Road
Kenilworth, IL 60043


Robert W. Navarre, II
4173 Ogden Avenue
Aurora, IL 60504


Ronald E. Schults Trust
130 Lighthouse Dunes Path
Saint Joseph, MI 49085


Ronald M. Raade
1619 S. Rivera Drive
Stevensville, MI 49127


Russel Snider
33027 Valley View Drive
Round Lake, IL 60073


Russel Snider
14000 Rockland Road
Libertyville, IL 60048
```

Russel Snider
14000 Rockland Road
Libertyville, IL 60048


Seiler Sautter Zaden et al.
2850 N. Andrews Avenue
Wilton Manors, FL 33311


Sharon E. Frederick
15366 Ellen Way
Libertyville, IL 60048


Swift Hospitality Group
Dave Swift
1525 S. Forest Road #200
Freeport, IL 61032


Talbert Law Firm PA
1930 San Marco Builevard #202
Jacksonville, FL 32207-1200


The Frank Blazevich Trust
14000 Rockland Road
Libertyville, IL 60048


The Private Bank & Trust
70 W. Madison Street #200
Chicago, IL 60602


Thomas & Josette Morel
516 N. Clay Street
Hinsdale, IL 60521


Thomas H. Kokjer IRA tRUST
442 W. 47th Street
Kansas City, MO 64112


Timothy & Carolyn Peara
24 Hoop Lane
London
GREAT BRITAIN


Tom Barbera
23705 N. Hillfarm Road
Barrington, IL 60010

```
Town Builders Studios Chicago LLC
50 Forest Avenue  #G
Riverside, IL 60546


Towne Development Group
Tim Towne
21989 W. Hawley Street
Mundelein, IL 60060


Two Large Roosters, LLC
Hamilton C. Davis
180 N. LaSalle Street  #2700
Chicago, IL 60601


U.S. Bank
P.O. Box 790167
Saint Louis, MO 63179-0167


Union National Bank
101 E. Chicago Street
Elgin, IL 60120


Werner Brisske
1325 Woodland Drive
Glenview, IL 60025
```