# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL BLAZEVICH, | Case No. 12-24414 |
| Debtor. | Hon. A. Benjamin Goldgar |
| | Date:  December 28, 2016 |
| | Time:  9:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

   PLEASE TAKE NOTICE that on **December 28, 2016 at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. A. Benjamin Goldgar, Bankruptcy Judge, or such other judge as may be sitting in his stead, in Courtroom 642, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2014 THROUGH NOVEMBER 30, 2016**, at which time and place you may appear as you see fit.

                    ARNSTEIN & LEHR LLP, counsel for Joseph Cohen, not individually, but solely in his capacity as Chapter 7 Trustee for the Estate of Michael Blazevich

                    By:   /s/ George P. Apostolides

                    Barry A. Chatz (# 06196639)
                    George P. Apostolides (# 06228768)
                    Kevin H. Morse (# 06297244)
                    ARNSTEIN & LEHR LLP
                    120 S. Riverside Plaza, Suite 1200
                    Chicago, Illinois 60606
                    Tel: 312.876.7100
                    Fax: 312.876.0288

1

# CERTIFICATE OF SERVICE

I, George P. Apostolides, an attorney, certify that I caused a copy of the foregoing **NOTICE OF MOTION and FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2014 THROUGH NOVEMBER 30, 2016** to be served on the parties listed on the service list below by U.S. Mail, postage prepaid, and/or the Court's ECF System, on December 7, 2016.

By:   /s/ George P. Apostolides

## ECF SERVICE LIST

George P. Apostolides on behalf Trustee Joseph E. Cohen
gpapostolides@arnstein.com,
jbmedziak@arnstein.com

Abraham Brustein Esq. on behalf of Michael Blazevich, Chris Blazevich,
Heather Blazevich, Linda Blazevich,
abrustein@demonteandlizak.com,
jjarke@dimontelaw.com,
phoban@dimontelaw.com

Barry A. Chatz on behalf of Trustee Joseph E. Cohen
bachatz@arnstein.com,
jbmedziak@arnstein.com

Joseph E. Cohen, Trustee
jcohen@cohenandkrol.com,
jcohenattorney@gmail.com;
gkrol@cohenandkrol.com ,
jneiman@cohenandkrol.com

Monette W. Cope on behalf of Creditor US Bank NA
ecfnil@westlman.com

Heather W. Giannino on behalf of Creditor PNC Bank, National Association
bankruptcy@hsbattys.com

E. Philip Groben on behalf of Trustee Joseph E. Cohen
pgroben@cohenandkrol.com,
trotman@cohenandkrol.com,
pmchugh@cohenandkrol.com

Scott H. Kenig on behalf of Creditor Libertyville Bank and Trust
skenig@randall-law.com

Gina B. Krol on behalf of Trustee Joseph E. Cohen
gkrol@cohenandkrol.com ,
pmchugh@cohenandkrol.com,
jneiman@cohenandkrol.com

Patrick S. Layng
USTRegion11.ES.ECF@usdoj.gov

Kevin H. Morse on behalf of Trustee Joseph E. Cohen
khmorse@arnstein.com

Derek D. Samz on behalf of Michael Blazevich, Heather Blazevich, Linda Blazevich
dsamz@dimontelaw.com,
nromando@dimontelaw.com

Julia Jensen Smolka on behalf of Michael Blazevich, Chris Blazevich, Heather Blazevich, Linda Blazeveich
jjensen@dimonteandlizak.com

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL BLAZEVICH,<br><br>         Debtor. | Chapter 7<br><br>Case No. 12-24414<br><br>Hon. A. Benjamin Goldgar<br><br>Date: December 28, 2016<br>Time: 9:30 a.m. |

**FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR
COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR THE PERIOD
FROM OCTOBER 1, 2014 THROUGH NOVEMBER 30, 2016**

Arnstein & Lehr LLP ("A&L"), counsel for Joseph Cohen, not individually but solely in his capacity as Chapter 7 trustee (the "Trustee") for the estate of Michael Blazevich (the "Debtor"), pursuant to sections 330 and 331 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Procedures"), Local Rule 5082-1 of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), applies to this Court for an entry of an order: (a) allowing A&L compensation in the amount of $15,569.00 for legal services rendered during the period October 1, 2014 through November 30, 2016, and reimbursement for expenses in the amount of $777.24; (b) approving final compensation for A&L in the amount of $119,959.00 and final reimbursement of expenses to A&L in the amount of $2,463.24; and (c) authorizing the Trustee to pay A&L all unpaid allowed fees and costs.  In support thereof, A&L respectfully states as follows:

**BACKGROUND**

1. On June 18, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.  At the time of his bankruptcy, the Debtor had an

1

ownership interest in multiple companies, and was the executor of the estate of his recently-deceased brother Frank Blazevich, who was not only the Debtor's sibling but also the Debtor's business partner in a number of companies.

2. The Trustee was appointed as the trustee of the Debtor's estate on the Petition Date.

3. On November 9, 2012, this Court entered an order authorizing the Trustee to retain and employ A&L as his counsel [Dkt. No. 34]. A&L was authorized to litigate various potential objections to exemptions and fraudulent conveyance actions. On January 9, 2013, the scope of A&L's employment was retroactively expanded to include, *inter alia*, services related to the sale or other disposition of estate assets and discovery pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 53].

4. On April 3, 2013, the Trustee filed an adversary complaint against Michael Blazevich, Linda Blazevich, Heather Blazevich, Brett Blazevich, Chris Blazevich, and Northwestern Mutual Life Insurance Company seeking to avoid various fraudulent transfers [Adv. No. 13-00383]. On January 21, 2015, the Trustee filed a motion to voluntarily dismiss the adversary proceeding [Adv. Dkt. No. 55]. On January 28, 2015, the Court entered an order dismissing the adversary case [Adv. Dkt. No. 56].

5. On October 29, 2014, A&L filed its First Interim Fee Application (the "First Fee Application") seeking the allowance of fees in the amount of $104,390.00 and reimbursement of expenses in the amount of $1,686.00. for the period November 5, 2012 through September 30, 2014 (the "First Fee Period") [Dkt. No. 147]. A copy of the First Fee Application is attached as **Exhibit A**. However, because the Trustee only had $50,000 available to pay A&L at that time, A&L agreed to the allowance of only $50,000 in compensation and reserved the right to include the balance of fees generated during the First Fee Period in subsequent fee applications.

2

Accordingly, on November 19, 2014, the Court entered an order [Dkt. No. 148] allowing A&L compensation in the amount of $50,000.00 and reimbursement of costs in the amount of $1,686.00 for services rendered during the First Fee Period.

6.     On July 29, 2016, the Trustee filed a Motion for Authority to Sell the Trustee's Interest in Starratt Crossing, LLC [Dkt. No. 153]. On August 8, 2016, the Court entered an order granting the Trustee's motion [Dkt. No. 154]. On October 18, 2016, the Trustee filed a report of sale with respect to the real property commonly known as 14000 Rockland Road, Green Oaks, Illinois 60048.

## NARRATIVE SUMMARY OF SERVICES

7.     A narrative summary of the services rendered by A&L during the period October 1, 2014 through November 30, 2016 is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Trustee during this period are reflected on the billing statements attached hereto as **Exhibits B through E**. The billing statements set forth the name of each attorney, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

8.     The services rendered by A&L during the period October 1, 2014 through November 30, 2016 have been segregated into four (4) categories as follows: (A) Case Administration; (B) Asset Sales; (C) Fee Petitions; and (D) Fraudulent Transfers.

9.     The fees sought by A&L for each of the billing categories are summarized as follows:

3

| **EXHIBIT** | **TITLE OF CATEGORY** | **AMOUNT SOUGHT** |
|---|---|---|
| B | Case Administration | $7,129.50 |
| C | Asset Sales | $6,426.00 |
| D | Fee Petitions | $1,314.00 |
| E | Fraudulent Transfers | $699.50 |
|  | **TOTAL FEES** | **$15,569.00** |

10.  The time expended by each billing professional is set forth below and summarized as follows:

| **Attorney** | **Specialty** | **Total Hours** | **2014 Hourly Rate** | **2015 Hourly Rate** | **2016 Hourly Rate** | **Total Fees** |
|---|---|---|---|---|---|---|
| Barry A. Chatz | Bankruptcy | 0.6 | $695.00 | | | $417.00 |
| | | 1.0 | | $720.00 | | $720.00 |
| | | 0.4 | | | $750.00 | $300.00 |
| George P. Apostolides | Bankruptcy/Litigation | 3.0 | $490.00 | | | $1,470.00 |
| | | 7.9 | | $505.00 | | $3,989.50 |
| | | 11.1 | | | $515.00 | $5,716.50 |
| Kevin H. Morse | Bankruptcy | 2.2 | $330.00 | | | $726.00 |
| | | 4.1 | | | $400.00 | $1,640.00 |
| William A. Williams | Bankruptcy | 2.0 | | | $295.00 | $590.00 |
| | **Total:** | **32.3** | | | | **$15,569.00** |

The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

11.  A&L has endeavored to reduce or eliminate duplication of services by its attorneys. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize

4

each attorney with the matters at issue so that each attorney could perform further necessary work.

12. The tasks performed by A&L in each of the billing categories are set forth in Exhibits A through D and are summarized as follows:

EXHIBIT B – Case Administration:

This category includes: multiple email correspondence and telephone calls with the Trustee concerning case status; multiple email correspondence and telephone calls with the Trustee concerning the sale of the debtor's assets; email correspondence with Lee Poteracki concerning title commitment on the Starratt property; telephone conversation with Lee Poteracki regarding draft documents for the sale of the Starratt property; email correspondence with Lee Poteracki regarding the redemption of unpaid taxes by Sam Laprell; multiple emails and telephone calls concerning the sale of LLC interest; and multiple email correspondence concerning the possible sale of the Allegheny Road property. A&L spent 13.3 hours of attorney time on the foregoing services having a lodestar value of $7,129.50, summarized as follows:

| Case Administration | | | | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Specialty** | **Total Hours** | **2014 Hourly Rate** | **2015 Hourly Rate** | **2016 Hourly Rate** | **Total Fees** |
| Barry A. Chatz | Bankruptcy | 0.6 | $695.00 | | | $417.00 |
| | | 0.7 | | $720.00 | | $504.00 |
| | | 0.2 | | | $750.00 | $150.00 |
| George P. Apostolides | Bankruptcy/Litigation | 0.7 | $490.00 | | | $343.00 |
| | | 0.1 | | $505.00 | | $50.50 |
| | | 11.0 | | | $515.00 | $5,665.00 |
| | **Total:** | **13.3** | | | | **$7,129.50** |

EXHIBIT C – Asset Sales:

This category includes: multiple telephone calls and email correspondence with the Trustee, Lee Poteracki, and real estate brokers concerning the disposition of the Starratt properties; conducting research related to the value and disposition of the Starratt properties; preparing a motion for authority to sell the Trustee's interest in Starratt Crossing, LLC; and appearing in court to present same. A&L spent 14.2 hours of attorney time on the foregoing services having a lodestar value of $6,426.00 for which A&L is seeking compensation, summarized as follows

5

| Asset Sales | | | | | | |
|---|---|---|---|---|---|---|
| **Attorney** | **Specialty** | **Total Hours** | **2014 Hourly Rate** | **2015 Hourly Rate** | **2016 Hourly Rate** | **Total Fees** |
| Barry A. Chatz | Bankruptcy | 0.0 | $695.00 | | | $0.00 |
| | | 0.3 | | $720.00 | | $216.00 |
| | | 0.2 | | | $750.00 | $150.00 |
| George P. Apostolides | Bankruptcy/Litigation | 0.6 | $490.00 | | | $294.00 |
| | | 6.9 | | $505.00 | | $3,484.50 |
| | | 0.1 | | | $515.00 | $51.50 |
| Kevin H. Morse | Bankruptcy | 0.0 | $330.00 | | | $0.00 |
| | | 4.1 | | | $400.00 | $1,640.00 |
| William A. Williams | Bankruptcy | 2.0 | | | $295.00 | $590.00 |
| | **Total:** | **14.2** | | | | **$6,426.00** |

EXHIBIT D – Fee Petitions:

This category includes the following: preparing A&L's First Interim Fee Application; appearing in court to present A&L's First Interim Fee Application; and telephone conference with the Trustee concerning same. A&L spent 3.4 hours of attorney time on the foregoing services having a lodestar value of $1,314.00 for which A&L is seeking compensation summarized as follows:

| Fee Petitions | | | | |
|---|---|---|---|---|
| **Attorney** | **Specialty** | **Total Hours** | **2014 Hourly Rate** | **Total Fees** |
| George P. Apostolides | Bankruptcy/Litigation | 1.2 | $490.00 | $588.00 |
| Kevin H. Morse | Bankruptcy | 2.2 | $330.00 | $726.00 |
| | **Total:** | **3.4** | | **$1,314.00** |

6

EXHIBIT E – Fraudulent Transfers:

This category includes the following: preparing and filing a motion to dismiss the adversary proceeding in light of Brett Blazevich's discharge; and multiple email correspondence concerning same. A&L spent 1.4 hours of attorney time on the foregoing services having a lodestar value of $699.50, for which A&L is seeking compensation summarized as follows:

| Fraudulent Transfers | | | | | |
|---|---|---|---|---|---|
| **Attorney** | **Specialty** | **Total Hours** | **2014 Hourly Rate** | **2015 Hourly Rate** | **Total Fees** |
| George P. Apostolides | Bankruptcy/Litigation | 0.5 | $490.00 | | $245.00 |
| | | 0.9 | | $505.00 | $454.50 |
| | **Total:** | **1.4** | | | **$699.50** |

## EXPENSES

13. A&L incurred expenses in the amount of $777.24 during the period of October 1, 2014 through November 30, 2016 in connection with its representation of the Trustee. Expenses were incurred for postage, photocopies, and messenger services.

| **Expense Category** | **Cost:** |
|---|---:|
| Messenger Service | $8.00 |
| Postage | $208.04 |
| Photocopies | $561.20 |
| **Total** | **$777.24** |

14. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 7, and that time has been fairly and properly expended.

15. No agreement exists between A&L and any third party for the sharing of compensation received by A&L in this case, except as allowed by section 504 of the Bankruptcy

7

Code and Rule 2016 of the Bankruptcy Rules with respect to sharing of compensation among members of A&L.

## NOTICE

16. Notice of this application has been provided to: the Trustee, the Debtor, the Debtor's counsel, all creditors, the United States Trustee's office, all creditors of the bankruptcy estate, and any parties who have filed an appearance in this case and requested such notice.

WHEREFORE, Arnstein & Lehr LLP respectfully requests that the Court enter an Order:

(A)  Allowing compensation to A&L in the amount of $15,569.00 for legal services rendered during the period October 1, 2014 through November 30, 2016;

(B)  Allowing the reimbursement to A&L in the amount of $777.24 for reasonable costs incurred during the period October 1, 2014 through November 30, 2016;

(C)  Approving final compensation to A&L in the amount of $119,959.00 and final reimbursement of costs to A&L in the amount of $2,463.24;

(D)  Authorizing the Trustee to pay A&L the unpaid approved fees and costs; and

(E)  Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

ARNSTEIN & LEHR LLP

By:   /s/ George P. Apostolides

Barry A. Chatz (# 06196639)
George P. Apostolides (# 06228768)
Kevin H. Morse (# 06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel:  312.876.7100
Fax: 312.876.0288

113699684.1

8