**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL BLAZEVICH,** | ) | **Case No. 12-24414** |
| | ) | |
| Debtor. | ) | **Hon. A. Benjamin Goldgar** |
| | ) | |
| | ) | **Date: December 28, 2016** |
| | ) | **Time: 9:30 a.m.** |

### CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the Notice of Hearing on Fee Application to be served on the parties listed on the attached Service List, via U.S. Mail, postage pre-paid, in addition to those parties receiving notification by participation in the Court's ECF system on December 7, 2016.

          /s/ Kevin H. Morse          .

### SERVICE LIST

| | | |
|---|---|---|
| Ameris Bank<br>P.O. Box 3668<br>Moultrie, GA  31776-3668 | Betty Spiller<br>Sue C. Johnson<br>912 Monroe Avenue<br>Winthrop Harbor, IL  60096-1537 | Bill McCarthy<br>1108 Wakefield<br>Springfield, IL  62704-6300 |
| Michael Blazevich<br>29645 N. Oak Spring Lane<br>Libertyville, IL  60048 | Abraham Brustein Esq.<br>DiMonte & Lizak LLC<br>216 W. Higgins Road<br>Park Ridge, IL  60068-5706 | Capital Land Development LLC<br>2626 N. Lakeview Avenue<br>#2402<br>Chicago, IL  60614-1821 |
| Carol & Susan Luebchow<br>820 Riedy Road<br>Lisle, IL  60532-2232 | Chase Bank USA<br>800 Brooksedge Boulevard<br>Westerville, OH  43081-2822 | Cheryl Kneubuehl<br>11447 2nd Street, #6<br>Roscoe, IL  61073-9522 |
| Joseph E. Cohen<br>Cohen & Krol<br>105 West Madison Street, Suite 1100<br>Chicago, IL  60602-4600 | Monette W. Cope<br>Weltman Weinberg & Reis Co. LPA<br>180 North LaSalle Street, Suite 2400 | Daniel & Mary Bojan<br>2018 Stone Drive<br>McHenry, IL  60051-8811 |

Dave Delach
1309 Lake Shore Drive
Barrington, IL  60010-3525

David W. Jaberg Trust
474 Vernon Avenue
Glencoe, IL  60022-1821

Julia Jensen Smolka
DiMonte & Lizak LLC
216 W. Higgins Road
Park Ridge, IL  60068-5706

Edwin L. Frederick
815 Ellen Way
Libertyville, IL  60048

Edwin L. Frederick III
2866 Quail Haven Circle
Salt Lake City, UT  84106-4000

First Midwest Bank
300 N. Hunt Club Road
Gurnee, IL  60031-2502

Florida Property Investors LLC
140 S. Clay Street
Hinsdale, IL  60521-4032

Frederic Leiner & Janis Reh
2626 N. Lakeview Avenue, #2402
Chicago, IL  60614-1821

Frederic Leiner IRA Trust
2626 N. Lakeview Avenue, #2402
Chicago, IL  60614-1821

Gacy Lake Development LLC
1525 S. Forest Road, #200
Freeport, IL  61032-9419

Geske & Sons
400 E. Terra Cotta Avenue
Crystal Lake, IL  60014-3611

Heather W. Giannino
Heavner Scott, Beyers & Mihlar LLC
111 East Main Street, Suite 200
Decatur, IL  62523-1204

E. Philip Groben
Cohen and Krol
105 West Madison Street, Suite 1100
Chicago, IL  60602-4600

Grubb & Ellis/Phoenix
10739 Deerwood Park Boulevard #310
Jacksonville, FL  32256-4837

Harley Davidson Credit Corp.
1801 Alma Drive, #300
Plano, TX  75075-6919

Harley Davidson Motor Co.
37000 W. Juneau Avenue
Milwaukee, WI  53208

Peter Economos
Harrison Held LLP
333 W. Wacker Drive
Chicago, IL  60606-1247

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338

J. Clayton Hamlin Trust
James C. Hamlin Trust
1555 Main Street
Antioch, IL  60002-1933

James D. Frederick
15366 Ellen Way
Libertyville, IL  60048

James Pearce
12297 Hidden Hills Drive
Jacksonville, FL  32225-1651

James Vaccaro & Ashley Arnold
663 S. Prospect Street
Elmhurst, IL  60126-4327

John & RoseMarie Morgan
658 Fern Court
Elmhurst, IL  60126-4616

John W. Fritsch Trust
5571 Fairmont Road
Libertyville, IL  60048-4807

Scott H. Kenig
Randall & Kenig LLP
455 N. Cityfront Plaza Drive, #3160
Chicago, IL  60611-5355

Gina B. Krol
Cohen & Krol
105 W. Madison Street, Suite 1100
Chicago, IL  60602-4600

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604-2027

| | | |
|---|---|---|
| Jim Leech<br>Leech Bridges, Inc.<br>1717 Lewis Avenue<br>Zion, IL  60099-1539 | Nicholas Begley<br>Libertyville Bank and Trust<br>507 N. Milwaukee Avenue<br>Libertyville, IL  60048-2000 | Linda Blazevich<br>29645 North Oakspring Lane<br>Libertyville, IL  60048 |
| Louise C. Pauly<br>88 W. Schiller, #1180<br>Chicago, IL  60610-4966 | John Maki<br>Maki Construction<br>460 N. Main Street<br>Antioch, IL  60002-3000 | Margaret Wisniewski Trust<br>329 S. Chester Avenue<br>Park Ridge, IL  60068-3944 |
| Mary Blazevich<br>1733 Yale Court<br>Lake Forest, IL  60045-5117 | Michael Floodstrand<br>728 S. Grant Street<br>Hinsdale, IL  60521-4455 | Michael J. Romano<br>644 Dalewood Lane<br>Hinsdale, IL  60521-4732 |
| Mike Shamrock<br>2048 Valley Lo Lane<br>Glenview, IL  60025-1723 | Guy Locmaugh<br>Modern Homes, Inc.<br>850 E. Grand Avenue, #1A<br>Lake Villa, IL  60046-7885 | Morel-K1 LLC<br>516 N. Clay Street<br>Hinsdale, IL  60521-3214 |
| Morris Marina Investors LLC<br>22316 Brookside Way<br>Barrington, IL  60010-5923 | Nicholas T. Leftakes<br>6633 N. Tower Circle<br>Lincolnwood, IL  60712-3217 | Norstates Bank<br>1601 N. Lewis Avenue<br>Waukegan, IL  60085-1761 |
| Northwestern Mutual Life Insurance<br>6121 E. Wisconsin Avenue<br>Suite 300<br>Milwaukee, WI  53202-4695 | PNC Bank<br>P.O. Box 1820<br>Customer Service BG-YM07-01-7<br>Dayton, OH  45401-1820 | PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH  45341-5421 |
| PYOD LLC its successors & assigns<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>P.O. Box 19008 | Palm Coast Plantation Homeowners<br>May Management Services<br>5455 Highway A1A South<br>Saint Augustine, FL  32080-7111 | Pearson Brown & Associates<br>1850 W. Winchester Road<br>#205<br>Libertyville, IL  60048-5355 |
| Ladson Montgomery<br>Phoenix Realty Group<br>10739 Deerwood Park Blvd., #310<br>Jacksonville, IL  32256-4837 | Rebecca Ware<br>1733 Yale Court<br>Lake Forest, IL  60045-5117 | Richard J. Wallach or<br>The Richard J. Wallach Living Trust<br>140 S. Clay Street<br>Hinsdale, IL  60521-4032 |
| Richard J. Frederick<br>636 Innsbruck Court<br>Libertyville, IL  60048-1845 | Rick Delisle<br>22316 Brookside Way<br>Barrington, IL  60010-5923 | Robert & Barbara B. MacLaverty<br>205 Oxford Road<br>Kenilworth, IL  60043-1259 |

| | | |
|---|---|---|
| Robert W. Navvare, II<br>4173 Ogden Avenue<br>Aurora, IL  60504-7109 | Ronald E. Schults Trust<br>130 Lighthouse Dunes Path<br>Saint Joseph, MI  49085 | Ronald M. Raade<br>1619 S. Rivers Drive<br>Stevensville, MI  49127-9621 |
| Derek D. Samz<br>DiMonte & Lizake LLC<br>216 W. Higgins Road<br>Park Ridge, IL  60068-5706 | Seiler Sautter Zaden et al.<br>2850 N. Andrews Avenue<br>Wilton Manors, FL  33311-2514 | Sharon E. Frederick<br>15366 Ellen Way<br>Libertyville, IL  60048 |
| Dave Swift<br>Swift Hospitality Group<br>1525 S. Forest Road, #200<br>Freeport, IL  61032-9419 | Talbert Law Firm PA<br>1930 San Marco Boulevard, #202<br>Jacksonville, FL  32207-1200 | The Private Bank & Trust<br>70 W. Madison Street, #200<br>Chicago, IL  60602-4218 |
| Thomas & Josette Morel<br>516 N. Clay Street<br>Hinsdale, IL  60521-3214 | Thomas H. Kojer IRA Trust<br>442 W. 47th Street<br>Kansas City, MO  64112-1903 | Timothy & Carolyn Peara<br>24 Hoop Lane<br>London<br>GREAT BRITAIN |
| Tom Barbera<br>23705 N. Hillfarm Road<br>Barrington, IL  60010-1084 | Town Builders Studios Chicago LLC<br>50 Forest Avenue, #G<br>Riverside, IL  60546-1955 | Tim Towne<br>Towne Development Group<br>21989 W. Hawley Street<br>Mundelein, IL  60060-9569 |
| U.S. Bank<br>P.O. Box 790167<br>Saint Louis, MO  63179-0167 | US Bank N.A.<br>180 N. LaSalle Street, Suite 2400<br>Chicago, IL  60601-2704 | Union National Bank<br>101 E. Chicago Street<br>Elgin, IL  60120-6466 |