UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-24414 |
| | ) | |
| MICHAEL BLAZEVICH | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD OCTOBER 1, 2014 THROUGH NOVEMBER 30, 2016**

This matter coming to be heard on Arnstein & Lehr LLP's ("A&L") Final Application for Compensation and Reimbursement of Expenses (the "Application"), as counsel to Joseph Cohen, not individually but solely in his capacity as Chapter 7 Trustee for the Estate of Michael Blazevich (the "Trustee"); notice of the Application being proper; the Court being fully advised in the premises; and the amounts requested being reasonable;

IT IS HEREBY ORDERED that:

1. ~~A&L is~~ *Mr. Chatz, Mr. Apostolides, and Mr. Morse ("counsel") are* allowed compensation for legal services rendered in the amount of $15,569.00 for the period October 1, 2014 through November 30, 2016;

2. ~~A&L is~~ *counsel are* allowed reimbursement in the amount of $777.24 for costs incurred for the period October 1, 2014 through November 30, 2016; and

3. Final compensation to ~~A&L~~ *counsel* is approved in the amount of $119,959.00 for legal services rendered to the Trustee, and final reimbursement to ~~A&L~~ *are* approved in the amount of $2,463.24 for costs incurred; and

4. The Trustee is authorized to pay ~~A&L~~ *counsel* all unpaid fees and costs.

5. The Trustee is authorized to disburse $40,000 to counsel upon entry of this order.

Enter:

**2 8 DEC 2016**

Dated: _____                   _____
                                                  United States Bankruptcy Judge

**Prepared by:**
George P. Apostolides (# 06228768)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

Rev: 20130104_bko