# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
§
BLAZEVICH, MICHAEL § Case No. 12-24414
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/18/2012 . The undersigned trustee was appointed on 06/18/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    373,029.67

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 220,629.40 |
| Bank service fees | 4,579.94 |
| Other payments to creditors | 69,209.84 |
| Non-estate funds paid to 3rd Parties | 36,057.64 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 42,552.85 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  03/08/2013  and the deadline for filing governmental claims was  03/08/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 21,901.48 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 21,901.48 , for a total compensation of $ 21,901.48 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 8.89 , for total expenses of $ 8.89 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/03/2017        By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-24414 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLAZEVICH, MICHAEL | Date Filed (f) or Converted (c): | 06/18/12 (f) |
| | | 341(a) Meeting Date: | 07/12/12 |
| For Period Ending: | 10/03/17 | Claims Bar Date: | 03/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home 29645 N. Oak Spring Lane Libert | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Lot #174 Palm Coast, FL (owns 25% interest) | 33,750.00 | 0.00 | | 2,875.00 | FA |
| 3. Timeshare Mariott Hawaii (2 weeks) (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. Lot #62 Palm Coast FL (own 50% interest) | 0.00 | 0.00 | | 0.00 | FA |
| ASSET DELETED BY DEBTOR AMENDMENT 10/26/12 | | | | | |
| 5. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 6. PNC Bank checking account # 4610638923 | 850.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous books and pictures | 100.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous ordinary clothing | 100.00 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Policy #11-591-557 Adjustable | 488,058.81 | 0.00 | | 86,000.00 | FA |
| 11. Northwestern Mutual Account B-BR Series Personal A | 572,885.58 | 0.00 | | 0.00 | FA |
| 12. Northwestern Mutual Account B-MM Series IRA Accoun | 507,120.57 | 0.00 | | 0.00 | FA |
| 13. JX Properties LLC 15% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 14. Starratt Crossing LLC 50% ownership interest | Unknown | 0.00 | | 250,000.00 | FA |
| 15. Lake Motors LLC 33% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 16. McCarthy Distributors LLC 33% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 17. Green Oaks Properties LLC 33% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 18. Lake Shore Investors LLC 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 19. Hallmark Homes of IL Inc. 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 20. Harvard Holdings LLC 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 21. Congress Parkway Venture Partners LLC 25% ownershi | Unknown | 0.00 | | 0.00 | FA |
| 22. Claim for administrative trustee's expenses and fe | Unknown | 0.00 | | 0.00 | FA |
| 23. Advance to Frank Blazevich Trust for attorneys' fe | 15,000.00 | 0.00 | | 0.00 | FA |
| 24. Loan to Lake Shore Investors, LLC | 165,152.40 | 0.00 | | 0.00 | FA |
| 25. Pending 2011 tax return (possible tax refund) | Unknown | 10,000.00 | | 10,730.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-24414 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BLAZEVICH, MICHAEL | | | Date Filed (f) or Converted (c): | 06/18/12 (f) |
| | | | | 341(a) Meeting Date: | 07/12/12 |
| | | | | Claims Bar Date: | 03/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Trustee in the Frank Blazevich Trust | 0.00 | 0.00 | | 0.00 | FA |
| 27. Supervised Executor in Frank Blazevich estate | 0.00 | 0.00 | | 0.00 | FA |
| 28. Holiday Rambler motor home (owned jointly with L&M | 60,000.00 | 0.00 | | 0.00 | FA |
| 29. Household pet dog | 0.00 | 0.00 | | 0.00 | FA |
| 30. Olsen Family Trust (u) | 0.00 | 0.00 | | 19,297.50 | FA |
| 31. INHERITANCE (u) | Unknown | 0.00 | | 4,127.17 | FA |
| 32. PNC Bank Checking Acct #xx5063 (u) | 6.05 | 0.00 | | 0.00 | FA |
| 33. 1/3 interest as an heir of Uncle Edward Olsen (u) | Unknown | 0.00 | | 0.00 | FA |
| 34. Thunderhawk Properties LLC 50% ownership (u) | 9,360.08 | 0.00 | | 0.00 | FA |
| 35. CONTINGENT CLAIM (u) contingent remainder interest in Frank Blazevich Trust dated August 14, 1990 | 0.00 | 0.00 | | 0.00 | FA |
| 36. Contingent remainder interest in Trust | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $2,209,583.49    $10,000.00        $373,029.67    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO FILE MOTION TO VALUE SECURED CLAIM - 7/30/17. TRUSTEE IS CURRENTLY WORKING ON TFR - 6/27/17. ONCE RETURNS ARE FILED TRUSTEE CAN SUBMIT TFR - 1/10/17. ORDER APPROVING SALE ENTERED & TRUSTEE WORKING ON TAX RETURNS - 10/31/16. TRUSTEE FILING MOTION TO APPROVE SALE OF FLORIDA PROPERTY - 7/31/16. TRUSTEE IS STILL WAITING FOR BROKER IN FLORIDA TO SELL PROPERTY - 4/30/16. FLORIDA PROPERTY HAS NOT SOLD YET - 01/20/16. STILL WAITING FOR FLORIDA PROPERTY TO SELL - Oct. 31, 2015. NO CHANGE - July 30, 2015. FLORIDA PROPERTY INTEREST STILL HAS NOT SOLD - April 28, 2015. TRUSTEE WAITING FOR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-24414   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | BLAZEVICH, MICHAEL | Date Filed (f) or Converted (c):   06/18/12 (f) |
| | | 341(a) Meeting Date:   07/12/12 |
| | | Claims Bar Date:   03/08/13 |

OFFER ON FLORIDA PROPERTY - Jan. 17, 2015.  TRUSTEE HAS REQUESTED MANY DOCUMENTS FROM DEBTOR.  TRUSTEE IS ALSO INVESTIGATING POSSIBLE OBJECTIONS TO CLAIMS OF EXEMPTION AND FRAUDULENT CONVEYANCES.  TRUSTEE IS COLLECTING TAX REFUNDS OWED BY DEBTOR.  TRUSTEE HAS FILED OBJECTIONS TO EXEMPTIONS AND AN ADVERSARY COMPLAINT TO AVOID VARIOUS TRANSFERS.  THE TRUSTEE HAS SETTLED THE PENDING OBJECTION TO EXEMPTION.  TRUSTEE WAITING FOR FLORIDA PROPERTIES TO SELL - January 16, 2014.  NO CHANGE - April 30, 2014.  FLORDIA PROPERTY HAS RECEIVED OFFERS BUT NOTHING FINALIZED - July 17, 2014.  NO FIRM OFFERS YET ON FLORIDA RE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 10/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-24414 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLAZEVICH, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | | |
| For Period Ending: | 10/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/12 | 25 | United States Treasury | Tax refund | 1124-000 | 8,730.00 | | 8,730.00 |
| | | | Income tax refund | | | | |
| 11/21/12 | 25 | State of Illinois | Tax refund | 1124-000 | 2,000.00 | | 10,730.00 |
| | | | Income tax refund | | | | |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.20 | 10,727.80 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.83 | 10,720.97 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.94 | 10,705.03 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 11.27 | 10,693.76 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 10,679.38 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.88 | 10,663.50 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.34 | 10,648.16 |
| 05/28/13 | 30 | ATTORNEYS TITLE GUARANTY FUND, INC. | Sale of real estate trust proceeds | 1210-000 | 19,297.50 | | 29,945.66 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 29,926.13 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.05 | 29,883.08 |
| 08/07/13 | 300002 | JACKLEEN DE FINI | Court reporter fees | 2990-000 | | 98.00 | 29,785.08 |
| | | U.S. COURTHOUSE | Court reporter fees | | | | |
| | | 219 S. Dearborn Street | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.43 | 29,740.65 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.25 | 29,696.40 |
| 09/18/13 | 31 | PRUDENTIAL INSURANCE CO. | INHERITANCE | 1129-000 | 4,127.17 | | 33,823.57 |
| 09/20/13 | 300003 | DiMonte & Lizak | Real estate taxes for Starratt Cros | 2820-000 | | 19,907.19 | 13,916.38 |
| | | | Duval County Florida Tax Collector | | | | |
| | | | 2010 real estate tax redemptions for the Staratt | | | | |
| | | | Property | | | | |

Page Subtotals    34,154.67    20,238.29

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-24414 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLAZEVICH, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | | |
| For Period Ending: | 10/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.53 | 13,875.85 |
| 11/06/13 | 10 | MICHAEL BLAZEVICH | Settlement of Exemption Objection | 1129-000 | 86,000.00 | | 99,875.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.64 | 99,855.21 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.02 | 99,732.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.26 | 99,583.93 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.06 | 99,435.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 133.53 | 99,302.34 |
| 04/05/14 | 300004 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 144.21 | 99,158.13 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.63 | 99,010.50 |
| 04/08/14 | 2 | AMERICAS CHOICE TITLE ESCROW | 10% of short sale proceeds | 1110-000 | 2,875.00 | | 101,885.50 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.68 | 101,739.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 151.26 | 101,588.56 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.16 | 101,442.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.82 | 101,291.58 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.59 | 101,140.99 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.53 | 100,995.46 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.15 | 100,845.31 |
| 11/20/14 | 300005 | ARNSTEIN & LEHR LLP 120 S. Riverside Plaza Suite 1200 Chicago, IL 60606 | Interim Compensation | | | 51,686.00 | 49,159.31 |
| | | | Fees         50,000.00 | 3210-000 | | | |
| | | | Expenses      1,686.00 | 3220-000 | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.31 | 49,039.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.91 | 48,966.09 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.80 | 48,893.29 |

Page Subtotals    88,875.00    53,898.09

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-24414 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BLAZEVICH, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2275 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | | |
| For Period Ending: | 10/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 300006 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 52.90 | 48,840.39 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.66 | 48,774.73 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.54 | 48,702.19 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.07 | 48,632.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.30 | 48,559.82 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.86 | 48,489.96 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.09 | 48,417.87 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.98 | 48,345.89 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.56 | 48,276.33 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.77 | 48,204.56 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.35 | 48,135.21 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.56 | 48,063.65 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.46 | 47,992.19 |
| 02/16/16 | 300007 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 34.19 | 47,958.00 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.73 | 47,891.27 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.20 | 47,820.07 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.80 | 47,751.27 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.99 | 47,680.28 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.60 | 47,611.68 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.79 | 47,540.89 |
| 08/16/16 | 14 | SAMUEL L. LEPRELL TRUST ACCOUNT | Sale proceeds - incoming wire<br>Sale proceeds<br>Memo Amount: ( 61,726.85 ) | 2820-000 | 36,057.64 | | 83,598.53 |

Page Subtotals    36,057.64    1,352.40

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 12-24414 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLAZEVICH, MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2275 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | |
| For Period Ending: | 10/03/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:   (   32,500.00 ) | 3991-000 | | | |
| | | | Attorney fees | | | | |
| | | | Memo Amount:   (   36,057.64 ) | 8500-000 | | | |
| | | | Payment to Co-owner | | | | |
| | | | Memo Amount:       250,000.00 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | | Sale proceeds | | | | |
| | | | Memo Amount:   (   69,209.84 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | | Memo Amount:   (    6,413.28 ) | 2500-000 | | | |
| | | | Tiele charges and survey | | | | |
| | | | Memo Amount:   (    6,025.00 ) | 3991-000 | | | |
| | | | Consulting fees | | | | |
| | | | Memo Amount:   (    2,009.75 ) | 2500-000 | | | |
| | | | Misc closing expenses | | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.33 | 83,500.20 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.14 | 83,380.06 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.96 | 83,256.10 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.79 | 83,136.31 |
| 12/28/16 | 300008 | ARNSTEIN & LEHR, LLP<br>120 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | counsel fees | 3210-000 | | 40,000.00 | 43,136.31 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.60 | 43,012.71 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.81 | 42,944.90 |
| 02/20/17 | 300009 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA  70139 | BOND#016073584 | 2300-000 | | 20.76 | 42,924.14 |

Page Subtotals           0.00        40,674.39

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                                                         Ver: 20.00e
LFORM24

FORM 2

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-24414 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLAZEVICH, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2275 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | | |
| For Period Ending: | 10/03/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.67 | 42,866.47 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.73 | 42,802.74 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.58 | 42,741.16 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.54 | 42,677.62 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.40 | 42,616.22 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.37 | 42,552.85 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 250,000.00 | COLUMN TOTALS | 159,087.31 | 116,534.46 | 42,552.85 |
| Memo Allocation Disbursements: | 213,942.36 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 159,087.31 | 116,534.46 | |
| Memo Allocation Net: | 36,057.64 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 159,087.31 | 116,534.46 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 250,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 213,942.36 | Checking Account (Non-Interest Earn - *******2275 | 159,087.31 | 116,534.46 | 42,552.85 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 36,057.64 | | 159,087.31 | 116,534.46 | 42,552.85 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00        371.29

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 03, 2017 |
|---|---|---|---|---|---|---|

Case Number:  12-24414  
Debtor Name:  BLAZEVICH, MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>000<br>3210-00 | ARNSTEIN & LEHR | Administrative | | $96,686.00 | $91,686.00 | $5,000.00 |
| ADMIN 2<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL  60602 | Administrative | | $21,910.37 | $0.00 | $21,910.37 |
| ADMIN 3<br>001<br>3410-00 | FGMK, LLC<br>2801 Lakeside Drive<br>3rd Floor<br>Bannockburn, IL  60015 | Administrative | | $7,470.00 | $0.00 | $7,470.00 |
| ADMIN 4<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $5,046.09 | $0.00 | $5,046.09 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA  70139 | Administrative | | $176.24 | $176.24 | $0.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $87.09 | $87.09 | $0.00 |
| 000005<br>050<br>4210-00 | Libertyville Bank and Trust Company<br>Scott H Kenig Esq<br>Randall & Kenig LLP<br>455 N Cityfront Plaza Drive<br>Suite 2510<br>Chicago, IL 60611 | Secured<br>claim withdrawn | | $0.00 | $0.00 | $0.00 |
| 000007A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority<br>withdrawn | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Pearson Brown & Associates Inc<br>1850 W Winchester Road Suite 205<br>Libertyville, IL 60048 | Unsecured | | $62,930.00 | $0.00 | $62,930.00 |
| 000002<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $553.87 | $0.00 | $553.87 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 03, 2017 |

Case Number: 12-24414  
Debtor Name: BLAZEVICH, MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | DiMonte & Lizak LLC<br>Julia Jensen Smolka<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | Unsecured | | $15,462.75 | $0.00 | $15,462.75 |
| 000004 070 7100-00 | Libertyville Bank and Trust Company<br>Scott H Kenig Esq<br>Randall & Kenig LLP<br>455 N Cityfront Plaza Drive<br>Suite 2510<br>Chicago, IL 60611 | Unsecured | | $150,925.00 | $0.00 | $150,925.00 |
| 000006 070 7100-00 | Libertyville Bank and Trust Company<br>Scott H Kenig Esq<br>Randall & Kenig LLP<br>455 N Cityfront Plaza Drive<br>Suite 2510<br>Chicago, IL 60611 | Unsecured | | $7,116,739.11 | $0.00 | $7,116,739.11 |
| 000007 080 7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured<br>withdrawn | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $7,477,986.52 | $91,949.33 | $7,386,037.19 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-24414
Case Name: BLAZEVICH, MICHAEL
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 42,552.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | Libertyville Bank and Trust Company Scott H Kenig Esq Randall & Kenig LLP 455 N Cityfront Plaza Drive Suite 2510 Chicago, IL 60611 | $ 150,075.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 42,552.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 21,901.48 | $ 0.00 | $ 21,901.48 |
| Trustee Expenses: JOSEPH E. COHEN | $ 8.89 | $ 0.00 | $ 8.89 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 46.09 | $ 0.00 | $ 46.09 |
| Accountant for Trustee Fees: FGMK, LLC | $ 7,470.00 | $ 0.00 | $ 7,470.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES, LTD. | $ 176.24 | $ 176.24 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 87.09 | $ 87.09 | $ 0.00 |
| Other: ARNSTEIN & LEHR | $ 95,000.00 | $ 90,000.00 | $ 5,000.00 |
| Other: ARNSTEIN & LEHR | $ 1,686.00 | $ 1,686.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        39,426.46

Remaining Balance        $        3,126.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $        0.00

Remaining Balance        $        3,126.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,346,610.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Pearson Brown & Associates Inc<br>1850 W Winchester Road<br>Suite 205<br>Libertyville, IL 60048 | $ 62,930.00 | $ 0.00 | $ 26.78 |
| 000002 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 553.87 | $ 0.00 | $ 0.24 |
| 000003 | DiMonte & Lizak LLC<br>Julia Jensen Smolka<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | $ 15,462.75 | $ 0.00 | $ 6.58 |
| 000004 | Libertyville Bank and Trust Company<br>Scott H Kenig Esq<br>Randall & Kenig LLP<br>455 N Cityfront Plaza Drive<br>Suite 2510<br>Chicago, IL 60611 | $ 150,925.00 | $ 0.00 | $ 64.23 |
| 000006 | Libertyville Bank and Trust Company<br>Scott H Kenig Esq<br>Randall & Kenig LLP<br>455 N Cityfront Plaza Drive<br>Suite 2510<br>Chicago, IL 60611 | $ 7,116,739.11 | $ 0.00 | $ 3,028.56 |

Total to be paid to timely general unsecured creditors $ 3,126.39

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $            0.00

Remaining Balance     $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE