IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| | ) | |
| **MICHAEL BLAZEVICH,** | ) | No. 12-24414 |
| | ) | |
| Debtor(s) | ) | |

### PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on November 7, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Joseph E. Cohen
                                            One of His Attorney

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Abraham Brustein ESQ
Dimonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5706

Saul Ewing Arnstein & Lehr LLP
161 North Clark, Suite 4200
Chicago, Il 60601

DiMonte & Lizak LLC
Julia Jensen Smolka
216 W. Higgins Road
Park Ridge, IL 60068-5706

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Julia Jensen Smolka
Dimonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5706

Libertyville Bank
507 N. Milwaukee Avenue
Libertyville, IL 60048-2000

Libertyville Bank and Trust Company
Scott H Kenig Esq
Randall & Kenig LLP
455 N Cityfront Plaza Drive
Suite 2510
Chicago, IL 60611-5323

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Pearson Brown & Associates
1850 W. Winchester Road  #205
Libertyville, IL 60048-5355

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008