# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

In re:                                         §
                                               §
BLAZEVICH, MICHAEL                             §       Case No. 12-24414
                                               §
             Debtor                            §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
## ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 576,768.53              Assets Exempt:  1,599,064.96
(Without deducting any secured claims)

Total Distributions to Claimants:  72,336.23      Claims Discharged
                                                  Without Payment:  28,502,844.63

Total Expenses of Administration:  264,635.80

3) Total gross receipts of $ 373,029.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 36,057.64  (see **Exhibit 2**), yielded net receipts of $ 336,972.03  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 11,800,000.00 | $ 219,284.84 | $ 69,209.84 | $ 69,209.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 292,058.04 | 266,321.80 | 264,635.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 167,983.00 | 6,933.36 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,991,377.29 | 7,376,408.73 | 7,346,610.73 | 3,126.39 |
| **TOTAL DISBURSEMENTS** | $ 32,959,360.29 | $ 7,894,684.97 | $ 7,682,142.37 | $ 336,972.03 |

4) This case was originally filed under chapter 7 on 06/18/2012 . The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2018                    By:/s/JOSEPH E. COHEN
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 250,000.00 |
| Lot #174 Palm Coast, FL (owns 25% interest) | 1110-000 | 2,875.00 |
| Pending 2011 tax return (possible tax refund) | 1124-000 | 10,730.00 |
| Northwestern Mutual Policy #11-591-557 Adjustable | 1129-000 | 86,000.00 |
| INHERITANCE | 1129-000 | 4,127.17 |
| Olsen Family Trust | 1210-000 | 19,297.50 |
| **TOTAL GROSS RECEIPTS** | | **$373,029.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Non-Estate Funds Paid to Third Parties | 8500-000 | 36,057.64 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 36,057.64** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ameris Bank P.O. Box 3668 Moultrie, GA 31776 | | 550,000.00 | NA | NA | 0.00 |
| | Chase Bank USA 800 Brooksedge Boulevard Westerville, OH 43081 | | 102,000.00 | NA | NA | 0.00 |
| | First Midwest Bank 300 N.Hunt Club Road Gurnee, IL 60031 | | 10,573,000.00 | NA | NA | 0.00 |
| | Libertyville Bank Nicholas Begley 507 N. Milwaukee Avenue Libertyville, IL 60048 | | 150,000.00 | NA | NA | 0.00 |
| | PNC Bank Box 1820 Customer Service BG-YM07-01-7 Dayton, OH 45401-1820 | | 305,000.00 | NA | NA | 0.00 |
| | Palm Coast Plantation Homeowners May Management Services 5455 Highway A1A South Saint Augustine, FL 32080 | | 0.00 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 790167 Saint Louis, MO 63179-0167 | | 120,000.00 | NA | NA | 0.00 |
| | Payment of secured claim | 4110-000 | NA | 69,209.84 | 69,209.84 | 69,209.84 |
| 000005 | LIBERTYVILLE BANK AND TRUST COMPANY | 4210-000 | NA | 150,075.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 11,800,000.00 | $ 219,284.84 | $ 69,209.84 | $ 69,209.84 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 21,901.48 | 21,901.48 | 21,901.48 |
| COHEN, JOSEPH E. | 2200-000 | NA | 8.89 | 8.89 | 8.89 |
| ADAMS-LEVINE | 2300-000 | NA | 87.09 | 87.09 | 87.09 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 176.24 | 176.24 | 176.24 |
| Misc closing expenses | 2500-000 | NA | 2,009.75 | 2,009.75 | 2,009.75 |
| Tiele charges and survey | 2500-000 | NA | 6,413.28 | 6,413.28 | 6,413.28 |
| ASSOCIATED BANK | 2600-000 | NA | 4,579.94 | 4,579.94 | 4,579.94 |
| DIMONTE & LIZAK | 2820-000 | NA | 19,907.19 | 19,907.19 | 19,907.19 |
| Real estate taxes | 2820-000 | NA | 61,726.85 | 61,726.85 | 61,726.85 |
| JACKLEEN DE FINI | 2990-000 | NA | 98.00 | 98.00 | 98.00 |
| COHEN & KROL | 3110-000 | NA | 3,333.33 | 3,333.33 | 3,333.33 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,666.67 | 1,666.67 | 1,666.67 |
| COHEN & KROL | 3120-000 | NA | 46.09 | 46.09 | 46.09 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARNSTEIN & LEHR | 3210-000 | NA | 122,422.24 | 96,686.00 | 95,000.00 |
| ARNSTEIN & LEHR LLP | 3220-000 | NA | 1,686.00 | 1,686.00 | 1,686.00 |
| FGMK, LLC | 3410-000 | NA | 7,470.00 | 7,470.00 | 7,470.00 |
| Attorney fees | 3991-000 | NA | 32,500.00 | 32,500.00 | 32,500.00 |
| Consulting fees | 3991-000 | NA | 6,025.00 | 6,025.00 | 6,025.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 292,058.04 | $ 266,321.80 | $ 264,635.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 101 W. Jefferson Street Springfield, IL 62702 | | 167,983.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 6,933.36 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 167,983.00 | $ 6,933.36 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ameris Bank P.O. Box 3668 Moultrie, GA 31776 | | 0.00 | NA | NA | 0.00 |
| | Bank Atlantic 1750 E. Sunrise Boulevard  2nd Fl Fort Lauderdale, FL 33304 | | 11,600,000.00 | NA | NA | 0.00 |
| | Betty Spiller Sue C. Johnson 912 Monroe Avenue Winthrop Harbor, IL 60096 | | 0.00 | NA | NA | 0.00 |
| | Bill McCarthy 1108 Wakefield Springfield, IL 62704 | | 300,000.00 | NA | NA | 0.00 |
| | Capital Land Development LLC 2626 N. Lakeview Avenue  #2402 Chicago, IL 60614 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carol & Susan Luebchow 820 Riedy Road Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |
| | Cheryl Kneubuehl 11447 2nd Street #6 Roscoe, IL 61073 | | 0.00 | NA | NA | 0.00 |
| | Colliers International Lawson Montgomery 1 Independent Drive #2401 Jacksonville, FL 32202 | | 0.00 | NA | NA | 0.00 |
| | Daniel & Mary Bojan 2018 Stone Drive McHenry, IL 60051 | | 0.00 | NA | NA | 0.00 |
| | Dave Delach 1309 Lake Shore Drive Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | David W. Jaberg Trust 474 Vernon Avenue Glencoe, IL 60022 | | 0.00 | NA | NA | 0.00 |
| | DiMonte & Lizak LLC 216 W. Higgins Road Park Ridge, IL 60068 | | 13,000.00 | NA | NA | 0.00 |
| | Edwin L. Frederick 815 Ellen Way Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edwin L. Frederick III 2866 Quail Haven Circle Salt Lake City, UT 84106 | | 0.00 | NA | NA | 0.00 |
| | Estate of Frank Blazevich The Frank Blazevich Trust 14000 Rockland Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Estate of John Freidman 2818 W. Lincoln Road McHenry, IL 60051 | | 0.00 | NA | NA | 0.00 |
| | Florida Property Investors LLC 140 S. Clay Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Frank Blazevich Trust 14000 Rockland Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Frank Blezevich Trust 14000 Rockland Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Frederic Leiner & Janis Reh 2626 N. Lakeview Avenue #2402 Chicago, IL 60614 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederic Leiner IRA Trust 2626 N. Lakeview Avenue #2402 Chicago, IL 60614 | | 0.00 | NA | NA | 0.00 |
| | Gacy Lake Development LLC 1525 S. Forest Road  #200 Freeport, IL 61032 | | 0.00 | NA | NA | 0.00 |
| | Geske & Sons 400 E. Terra Cotta Avenue Crystal Lake, IL 60014 | | 4,150.00 | NA | NA | 0.00 |
| | Green Oaks Properties LLC 14000 Rockland Road Green Oaks, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Harley Davidson Credit Corp 1801 Alma Drive  #300 Plano, TX 75075 | | 1,000,000.00 | NA | NA | 0.00 |
| | Harley Davidson Motor Co. 37000 W. Juneau Avenue Milwaukee, WI 53208 | | 0.00 | NA | NA | 0.00 |
| | Harrison Held LLP Peter Economos 333 W. Wacker Drive Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | J. Clayton Hamlin Trust 1555 Main Street Antioch, IL 60002 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James C. Hamlin Trust 1555 Main Street Antioch, IL 60002 | | 0.00 | NA | NA | 0.00 |
| | James D. Frederick 15366 Ellen Way Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | James Pearce 12297 Hidden Hills Drive Jacksonville FL | | 0.00 | NA | NA | 0.00 |
| | James S. Louthen 50 Forest Avenue  #G Riverside, IL 60546 | | 0.00 | NA | NA | 0.00 |
| | James Vaccaro & Ashley Arnold 663 S. Prospect Street Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | James Vaccaro & Ashley Arnold 663 S. Prospect Street Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | John & RoseMarie Morgan 658 Fern Court Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| | John W. Fritsch Trust 5571 Fairmont Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake Motors LLC 14000 Rockland Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Leech Bridges Inc. Jim Leech 1717 Lewis Avenue Zion, IL 60099 | | 0.00 | NA | NA | 0.00 |
| | Libertyville Bank 507 N. Milwaukee Avenue Libertyville, IL 60048 | | 8,000,000.00 | NA | NA | 0.00 |
| | Louise C. Pauly 88 W. Schiller  #1180 Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |
| | Maki Construction John Maki 460 N. Main Street Antioch, IL 60002 | | 0.00 | NA | NA | 0.00 |
| | Margaret Wisniewski Trust 329 S. Chester Avenue Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Margaret Wisniewski Trust 329 S. Chester Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Mary Blazevich 480 Red Fox Lane Lake Forest, IL 60045 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McCarthy Distributors LLC 14000 Rockland Road Green Oaks, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Michael Floodstrand 728 S. Grant Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Michael J. Romano 644 Dalewood Lane Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Mike Blazevich Trust 14000 Rockland Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Mike Prost 195 S. Evergreen Arlington Heights, IL 60004 | | 0.00 | NA | NA | 0.00 |
| | Mike Shamrock 2048 Valley Lo Lane Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Modern Homes Inc. Guy Locmaugh 850 E. Grand Avenue #1A Lake Villa, IL 60046 | | 0.00 | NA | NA | 0.00 |
| | Morel-K1 LLC 516 N. Clay Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morris Marina Investors LLC 22316 Brookside Way Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Nicholas T. Leftakes 6633 N. Tower Circle Lincolnwood, IL 60712 | | 0.00 | NA | NA | 0.00 |
| | NorStates Bank 1601 N. Lewis Ave. Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |
| | Palm Coast Plantation Homeowners May Management Services 5455 Highway A1A South Saint Augustine, FL 32080 | | 0.00 | NA | NA | 0.00 |
| | Parcae, LLC 333 N. Canal Street #2506 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Payne & Dolan Inc. P.O. Box 781 Waukesha, WI 53187-0781 | | 18,227.29 | NA | NA | 0.00 |
| | Pearson Brown & Associates 1850 W. Winchester Road #205 Libertyville, IL 60048 | | 56,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rebecca Ware 480 Red Fox Lane Lake Forest, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Richard J. Frederick 636 Innsbruck Court Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Richard J. Wallach or the Richard J. Wallach Living Trust 140 S. Clay Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |
| | Rick Delisle 22316 Brookside Way Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Robert F. Carey Trust 1224 Maple Avenue Evanston, IL 60202 | | 0.00 | NA | NA | 0.00 |
| | Robert M. & Barbara B. MacLaverty 205 Oxford Road Kenilworth, IL 60043 | | 0.00 | NA | NA | 0.00 |
| | Robert W. Navarre, II 4173 Ogden Avenue Aurora, IL 60504 | | 0.00 | NA | NA | 0.00 |
| | Ronald E. Schults Trust 130 Lighthouse Dunes Path Saint Joseph, MI 49085 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ronald M. Raade 1619 S. Rivera Drive Stevensville, MI 49127 | | 0.00 | NA | NA | 0.00 |
| | Russel Snider 33027 Valley View Drive Round Lake, IL 60073 | | 0.00 | NA | NA | 0.00 |
| | Sharon E. Frederick 15366 Ellen Way Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | Swift Hospitality Group Dave Swift 1525 S. Forest Road #200 Freeport, IL 61032 | | 0.00 | NA | NA | 0.00 |
| | Talbert Law Firm PA 1930 San Marco Builevard  #202 Jacksonville, FL 32207-1200 | | 0.00 | NA | NA | 0.00 |
| | The Frank Blazevich Trust 14000 Rockland Road Libertyville, IL 60048 | | 0.00 | NA | NA | 0.00 |
| | The Private Bank & Trust 70 W. Madison Street  #200 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Thomas & Josette Morel 516 N. Clay Street Hinsdale, IL 60521 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thomas H. Kokjer IRA tRUST 442 W. 47th Street Kansas City, MO 64112 | | 0.00 | NA | NA | 0.00 |
| | Timothy & Carolyn Peara 24 Hoop Lane London GREAT BRITAIN | | 0.00 | NA | NA | 0.00 |
| | Tom Barbera 23705 N. Hillfarm Road Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Town Builders Studios Chicago LLC 50 Forest Avenue  #G Riverside, IL 60546 | | 0.00 | NA | NA | 0.00 |
| | Towne Development Group Tim Towne 21989 W. Hawley Street Mundelein, IL 60060 | | 0.00 | NA | NA | 0.00 |
| | Two Large Roosters, LLC Hamilton C. Davis 180 N. LaSalle Street  #2700 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Union National Bank 101 E. Chicago Street Elgin, IL 60120 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Werner Brisske 1325 Woodland Drive Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| 000003 | DIMONTE & LIZAK LLC | 7100-000 | NA | 15,462.75 | 15,462.75 | 6.58 |
| 000004 | LIBERTYVILLE BANK AND TRUST COMPANY | 7100-000 | NA | 150,925.00 | 150,925.00 | 64.23 |
| 000006 | LIBERTYVILLE BANK AND TRUST COMPANY | 7100-000 | NA | 7,116,739.11 | 7,116,739.11 | 3,028.56 |
| 000001 | PEARSON BROWN & ASSOCIATES INC | 7100-000 | NA | 62,930.00 | 62,930.00 | 26.78 |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 553.87 | 553.87 | 0.24 |
| 000007 | ILLINOIS DEPARTMENT OF REVENUE | 7200-000 | NA | 29,798.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,991,377.29 | $ 7,376,408.73 | $ 7,346,610.73 | $ 3,126.39 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No:   12-24414   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name:   BLAZEVICH, MICHAEL | Date Filed (f) or Converted (c):   06/18/12 (f) |
| | 341(a) Meeting Date:   07/12/12 |
| For Period Ending:  03/22/18 | Claims Bar Date:   03/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home 29645 N. Oak Spring Lane Libert | 350,000.00 | 0.00 | | | FA |
| 2. Lot #174 Palm Coast, FL (owns 25% interest) | 33,750.00 | 0.00 | | 2,875.00 | FA |
| 3. Timeshare Mariott Hawaii (2 weeks) (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. Lot #62 Palm Coast FL (own 50% interest) | 0.00 | 0.00 | | 0.00 | FA |
| ASSET DELETED BY DEBTOR AMENDMENT 10/26/12 | | | | | |
| 5. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 6. PNC Bank checking account # 4610638923 | 850.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous household furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous books and pictures | 100.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous ordinary clothing | 100.00 | 0.00 | | 0.00 | FA |
| 10. Northwestern Mutual Policy #11-591-557 Adjustable | 488,058.81 | 0.00 | | 86,000.00 | FA |
| 11. Northwestern Mutual Account B-BR Series Personal A | 572,885.58 | 0.00 | | 0.00 | FA |
| 12. Northwestern Mutual Account B-MM Series IRA Accoun | 507,120.57 | 0.00 | | 0.00 | FA |
| 13. JX Properties LLC 15% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 14. Starratt Crossing LLC 50% ownership interest | Unknown | 0.00 | | 250,000.00 | FA |
| 15. Lake Motors LLC 33% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 16. McCarthy Distributors LLC 33% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 17. Green Oaks Properties LLC 33% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 18. Lake Shore Investors LLC 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 19. Hallmark Homes of IL Inc. 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 20. Harvard Holdings LLC 50% ownership interest | Unknown | 0.00 | | 0.00 | FA |
| 21. Congress Parkway Venture Partners LLC 25% ownershi | Unknown | 0.00 | | 0.00 | FA |
| 22. Claim for administrative trustee's expenses and fe | Unknown | 0.00 | | 0.00 | FA |
| 23. Advance to Frank Blazevich Trust for attorneys' fe | 15,000.00 | 0.00 | | 0.00 | FA |
| 24. Loan to Lake Shore Investors, LLC | 165,152.40 | 0.00 | | 0.00 | FA |
| 25. Pending 2011 tax return (possible tax refund) | Unknown | 10,000.00 | | 10,730.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 12-24414   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | BLAZEVICH, MICHAEL |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 06/18/12 (f) |
| 341(a) Meeting Date: | 07/12/12 |
| Claims Bar Date: | 03/08/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 26. Trustee in the Frank Blazevich Trust | 0.00 | 0.00 | | 0.00 | FA |
| 27. Supervised Executor in Frank Blazevich estate | 0.00 | 0.00 | | 0.00 | FA |
| 28. Holiday Rambler motor home (owned jointly with L&M | 60,000.00 | 0.00 | | 0.00 | FA |
| 29. Household pet dog | 0.00 | 0.00 | | 0.00 | FA |
| 30. Olsen Family Trust (u) | 0.00 | 0.00 | | 19,297.50 | FA |
| 31. INHERITANCE (u) | Unknown | 0.00 | | 4,127.17 | FA |
| 32. PNC Bank Checking Acct #xx5063 (u) | 6.05 | 0.00 | | 0.00 | FA |
| 33. 1/3 interest as an heir of Uncle Edward Olsen (u) | Unknown | 0.00 | | 0.00 | FA |
| 34. Thunderhawk Properties LLC 50% ownership (u) | 9,360.08 | 0.00 | | 0.00 | FA |
| 35. CONTINGENT CLAIM (u)<br>contingent remainder interest in Frank Blazevich Trust dated August 14, 1990 | 0.00 | 0.00 | | 0.00 | FA |
| 36. Contingent remainder interest in Trust | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,209,583.49 | $10,000.00 | | $373,029.67 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL CHECKS HAVE FINALLY CLEARED AND TRUSTEE FILING HIS TDR - 01/08/2018. TRUSTEE RESOLVED SECURED CLAIMS AND TFR FILED ON 11/8/2017 WITH COURT - 1/8/2018. TRUSTEE TO FILE MOTION TO VALUE SECURED CLAIM - 7/30/17. TRUSTEE IS CURRENTLY WORKING ON TFR - 6/27/17. ONCE RETURNS ARE FILED TRUSTEE CAN SUBMIT TFR - 1/10/17. ORDER APPROVING SALE ENTERED & TRUSTEE WORKING ON TAX RETURNS - 10/31/16.  TRUSTEE FILING MOTION TO APPROVE SALE OF FLORIDA PROPERTY - 7/31/16. TRUSTEE IS STILL WAITING FOR BROKER IN FLORIDA TO SELL PROPERTY - 4/30/16. FLORIDA PROPERTY HAS NOT SOLD YET - 01/20/16.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-24414    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLAZEVICH, MICHAEL | Date Filed (f) or Converted (c): | 06/18/12 (f) |
| | | 341(a) Meeting Date: | 07/12/12 |
| | | Claims Bar Date: | 03/08/13 |

STILL WAITING FOR FLORIDA PROPERTY TO SELL - Oct. 31, 2015. NO CHANGE - July 30, 2015. FLORIDA PROPERTY INTEREST STILL
HAS NOT SOLD - April 28, 2015. TRUSTEE WAITING FOR OFFER ON FLORIDA PROPERTY - Jan. 17, 2015.  TRUSTEE HAS REQUESTED
MANY DOCUMENTS FROM DEBTOR.  TRUSTEE IS ALSO INVESTIGATING POSSIBLE OBJECTIONS TO CLAIMS OF EXEMPTION AND FRAUDULENT
CONVEYANCES.  TRUSTEE IS COLLECTING TAX REFUNDS OWED BY DEBTOR.  TRUSTEE HAS FILED OBJECTIONS TO EXEMPTIONS AND AN
ADVERSARY COMPLAINT TO AVOID VARIOUS TRANSFERS.  THE TRUSTEE HAS SETTLED THE PENDING OBJECTION TO EXEMPTION.  TRUSTEE
WAITING FOR FLORIDA PROPERTIES TO SELL - January 16, 2014.  NO CHANGE - April 30, 2014.  FLORDIA PROPERTY HAS RECEIVED
OFFERS BUT NOTHING FINALIZED - July 17, 2014.  NO FIRM OFFERS YET ON FLORIDA RE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/15        Current Projected Date of Final Report (TFR): 10/30/17

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-24414 -ABG |
| Case Name: | BLAZEVICH, MICHAEL |
| | |
| Taxpayer ID No: | *******4779 |
| For Period Ending: | 03/22/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/12 | 25 | United States Treasury | Tax refund | 1124-000 | 8,730.00 | | 8,730.00 |
| | | | Income tax refund | | | | |
| 11/21/12 | 25 | State of Illinois | Tax refund | 1124-000 | 2,000.00 | | 10,730.00 |
| | | | Income tax refund | | | | |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.20 | 10,727.80 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.83 | 10,720.97 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.94 | 10,705.03 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 11.27 | 10,693.76 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 10,679.38 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.88 | 10,663.50 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.34 | 10,648.16 |
| 05/28/13 | 30 | ATTORNEYS TITLE GUARANTY FUND, INC. | Sale of real estate trust proceeds | 1210-000 | 19,297.50 | | 29,945.66 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.53 | 29,926.13 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.05 | 29,883.08 |
| 08/07/13 | 300002 | JACKLEEN DE FINI | Court reporter fees | 2990-000 | | 98.00 | 29,785.08 |
| | | U.S. COURTHOUSE | Court reporter fees | | | | |
| | | 219 S. Dearborn Street | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.43 | 29,740.65 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.25 | 29,696.40 |
| 09/18/13 | 31 | PRUDENTIAL INSURANCE CO. | INHERITANCE | 1129-000 | 4,127.17 | | 33,823.57 |
| 09/20/13 | 300003 | DiMonte & Lizak | Real estate taxes for Starratt Cros | 2820-000 | | 19,907.19 | 13,916.38 |
| | | | Duval County Florida Tax Collector | | | | |
| | | | 2010 real estate tax redemptions for the Staratt | | | | |
| | | | Property | | | | |

| | | |
|---|---|---|
| Page Subtotals | 34,154.67 | 20,238.29 |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-24414 -ABG |
| Case Name: | BLAZEVICH, MICHAEL |
| | |
| Taxpayer ID No: | *******4779 |
| For Period Ending: | 03/22/18 |

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2275 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.53 | 13,875.85 |
| 11/06/13 | 10 | MICHAEL BLAZEVICH | Settlement of Exemption Objection | 1129-000 | 86,000.00 | | 99,875.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.64 | 99,855.21 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.02 | 99,732.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.26 | 99,583.93 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.06 | 99,435.87 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 133.53 | 99,302.34 |
| 04/05/14 | 300004 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 144.21 | 99,158.13 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 147.63 | 99,010.50 |
| 04/08/14 | 2 | AMERICAS CHOICE TITLE ESCROW | 10% of short sale proceeds | 1110-000 | 2,875.00 | | 101,885.50 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.68 | 101,739.82 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 151.26 | 101,588.56 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.16 | 101,442.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.82 | 101,291.58 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.59 | 101,140.99 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.53 | 100,995.46 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 150.15 | 100,845.31 |
| 11/20/14 | 300005 | ARNSTEIN & LEHR LLP | Interim Compensation | | | 51,686.00 | 49,159.31 |
| | | 120 S. Riverside Plaza | | | | | |
| | | Suite 1200 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| | | | Fees          50,000.00 | 3210-000 | | | |
| | | | Expenses     1,686.00 | 3220-000 | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.31 | 49,039.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.91 | 48,966.09 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.80 | 48,893.29 |

Page Subtotals      88,875.00      53,898.09

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

FORM 2

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-24414  -ABG | |
| Case Name: | BLAZEVICH, MICHAEL | |
| Taxpayer ID No: | *******4779 | |
| For Period Ending: | 03/22/18 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 300006 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 52.90 | 48,840.39 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.66 | 48,774.73 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.54 | 48,702.19 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.07 | 48,632.12 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.30 | 48,559.82 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.86 | 48,489.96 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.09 | 48,417.87 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.98 | 48,345.89 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.56 | 48,276.33 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.77 | 48,204.56 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.35 | 48,135.21 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.56 | 48,063.65 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.46 | 47,992.19 |
| 02/16/16 | 300007 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Bond #10BSBGR6291 | 2300-000 | | 34.19 | 47,958.00 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.73 | 47,891.27 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.20 | 47,820.07 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.80 | 47,751.27 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.99 | 47,680.28 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.60 | 47,611.68 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.79 | 47,540.89 |
| 08/16/16 | 14 | SAMUEL L. LEPRELL TRUST ACCOUNT | Sale proceeds - incoming wire<br>Sale proceeds<br>    Memo Amount:      (     61,726.85  ) | 2820-000 | 36,057.64 | | 83,598.53 |

|  | | Page Subtotals | 36,057.64 | 1,352.40 |
|---|---|---|---|---|

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          12-24414  -ABG

Case Name:    BLAZEVICH, MICHAEL

Taxpayer ID No:  *******4779

For Period Ending: 03/22/18

Trustee Name:          JOSEPH E. COHEN

Bank Name:              ASSOCIATED BANK

Account Number / CD #:    *******2275  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Real estate taxes | | | | |
| | | | Memo Amount:      (        32,500.00 ) | 3991-000 | | | |
| | | | Attorney fees | | | | |
| | | | Memo Amount:        36,057.64 ) | 8500-000 | | | |
| | | | Payment to Co-owner | | | | |
| | | | Memo Amount:        250,000.00 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | | Sale proceeds | | | | |
| | | | Memo Amount:      (        69,209.84 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | | Memo Amount:        (         6,413.28 ) | 2500-000 | | | |
| | | | Tiele charges and survey | | | | |
| | | | Memo Amount:        (         6,025.00 ) | 3991-000 | | | |
| | | | Consulting fees | | | | |
| | | | Memo Amount:        (         2,009.75 ) | 2500-000 | | | |
| | | | Misc closing expenses | | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 98.33 | 83,500.20 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 120.14 | 83,380.06 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.96 | 83,256.10 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 119.79 | 83,136.31 |
| 12/28/16 | 300008 | ARNSTEIN & LEHR, LLP 120 SOUTH RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | counsel fees | 3210-000 | | 40,000.00 | 43,136.31 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 123.60 | 43,012.71 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.81 | 42,944.90 |
| 02/20/17 | 300009 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA  70139 | BOND#016073584 | 2300-000 | | 20.76 | 42,924.14 |

Page Subtotals                   0.00             40,674.39

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 12-24414  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLAZEVICH, MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | |
| For Period Ending: | 03/22/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.67 | 42,866.47 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.73 | 42,802.74 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.58 | 42,741.16 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.54 | 42,677.62 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.40 | 42,616.22 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.37 | 42,552.85 |
| 12/05/17 | 300010 | ARNSTEIN & LEHR | Claim ADMIN 1, Payment 5.17138%  Attorney for Trustee fees | 3210-000 | | 5,000.00 | 37,552.85 |
| 12/05/17 | 300011 | JOSEPH E. COHEN, Attorney  105 West Madison Street  Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,666.67 | 35,886.18 |
| 12/05/17 | 300012 | JOSEPH E. COHEN, Trustee  105 W. Madison, Ste 1100  Chicago, IL  60602 | Claim ADMIN 2, Payment 100.00000% | 3110-000 | | 21,910.37 | 13,975.81 |
| | | | Fees          21,901.48 | 2100-000 | | | |
| | | | Expenses          8.89 | 2200-000 | | | |
| 12/05/17 | 300013 | FGMK, LLC  2801 Lakeside Drive  3rd Floor  Bannockburn, IL  60015 | Claim ADMIN 3, Payment 100.00000% | 3410-000 | | 7,470.00 | 6,505.81 |
| 12/05/17 | 300014 | COHEN & KROL, Attorneys  105 West Madison Street  Chicago, IL 60602 | Claim ADMIN 4, Payment 100.00000% | | | 3,379.42 | 3,126.39 |
| | | | Fees          3,333.33 | 3110-000 | | | |
| | | | Expenses          46.09 | 3120-000 | | | |
| 12/05/17 | 300015 | Pearson Brown & Associates Inc  1850 W Winchester Road Suite 205  Libertyville, IL 60048 | Claim 000001, Payment 0.04256% | 7100-000 | | 26.78 | 3,099.61 |
| 12/05/17 | 300016 | PYOD, LLC its successors and assigns as | Claim 000002, Payment 0.04333% | 7100-000 | | 0.24 | 3,099.37 |
| | | | Page Subtotals | | 0.00 | 39,824.77 | |

Ver: 20.00g

FORM 2     Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-24414  -ABG | |
| Case Name: | BLAZEVICH, MICHAEL | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******4779 |
| For Period Ending: | 03/22/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | | | | | |
| 12/05/17 | 300017 | DiMonte & Lizak LLC Julia Jensen Smolka 216 W. Higgins Road Park Ridge, IL 60068 | Claim 000003, Payment 0.04255% (3-1) services rendered (3-1) modified on 2/13/2013 to correct creditor address (MMR) | 7100-000 | | 6.58 | 3,092.79 |
| 12/05/17 | 300018 | Libertyville Bank and Trust Company Scott H Kenig Esq Randall & Kenig LLP 455 N Cityfront Plaza Drive Suite 2510 Chicago, IL 60611 | Claim 000004, Payment 0.04256% (4-1) Money Loaned (4-1) modified on 3/8/2013 to correct creditor address (MMR) | 7100-000 | | 64.23 | 3,028.56 |
| 12/05/17 | 300019 | Libertyville Bank and Trust Company Scott H Kenig Esq Randall & Kenig LLP 455 N Cityfront Plaza Drive Suite 2510 Chicago, IL 60611 | Claim 000006, Payment 0.04256% (6-1) Money Loaned | 7100-000 | | 3,028.56 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 3,099.37 |

Ver: 20.00g

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-24414  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLAZEVICH, MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2275  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4779 | | | |
| For Period Ending: | 03/22/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 250,000.00 | COLUMN TOTALS | | 159,087.31 | 159,087.31 | 0.00 |
| | | Memo Allocation Disbursements: | 213,942.36 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | | Subtotal | | 159,087.31 | 159,087.31 | |
| | | Memo Allocation Net: | 36,057.64 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 159,087.31 | 159,087.31 | |
| | | Total Allocation Receipts: | 250,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Allocation Disbursements: | 213,942.36 | Checking Account (Non-Interest Earn - *******2275 | | 159,087.31 | 159,087.31 | 0.00 |
| | | Total Memo Allocation Net: | 36,057.64 | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | | 159,087.31 | 159,087.31 | 0.00 |
| | | | | | | ============ | ============ | ============ |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 28)*